*E-FILED - 7/3/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LITMON, JR., | ) | No. C 05-5041 RMW (PR) |
| Plaintiff, | ) | JUDGMENT |
| vs. | ) | |
| SANTA CLARA COUNTY, et al., | ) | |
| Defendants. | ) | |

The instant case was dismissed for failure to state a cognizable claim for relief. Therefore, a judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: __7/1/08_____

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\pro-se\sj.rmw\cr.05\Litmon041jud